**STATE v. FISHER**

[358 N.C. 215 (2004)]

STATE OF NORTH CAROLINA v. STEVEN DANIEL FISHER

No. 356A03

(Filed 2 April 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 158 N.C. App. 133, 580 S.E.2d 405 (2003), finding no error in the judgment entered 13 August 2001 by Judge Wiley F. Bowen in Superior Court, Harnett County. Heard in the Supreme Court 17 February 2004.

*Roy Cooper, Attorney General, by Jonathan P. Babb, Special Deputy Attorney General, for the State.*

*Paul M. Green for defendant-appellant.*

*Kurtz & Blum, PLLC, by Stephen J. Batten, and Seth H. Jaffe, on behalf of the American Civil Liberties Union of North Carolina Legal Foundation, Inc., amicus curiae.*

PER CURIAM.

AFFIRMED.